SIDNEY J. COHEN, ESQ., State Bar No.  39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN<br><br>    Plaintiff,<br><br>          v.<br><br>PASTA MOON, INC ;<br>ROBERT MASCALL AND SUSAN WOODELL-MASCALL, TRUSTEES OF THE ROBERT MASCALL REVOCABLE TRUST; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  C 08-05577 CW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 (a) (1) (ii) |

Plaintiff Carolyn Martin and defendants Pasta Moon, Inc. and Robert Mascall And Susan Woodell  Mascall,Trustees Of The Robert Mascall Revocable Trust, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit  on December 15, 2008.

Plaintiff  and defendants  have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the "Mutual Release And Settlement Agreement"  is incorporated by reference herein as if set forth in full. Plaintiff  and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff  moves to dismiss with prejudice the lawsuit against defendants.

Stipulation And Order For Dismissal

1 | Defendants, who have answered the Complaint, agree to the dismissal with
2 | prejudice.
3 | This case is not a class action, and no receiver has been appointed.
4 | This Stipulation and Order may be signed in counterparts, and facsimile
5 | signatures shall be as valid and as binding as original signatures.
6 | Wherefore, plaintiff and defendants, by and through their attorneys of
7 | record, so stipulate.

Date: July 24, 2009

SIDNEY J. COHEN PROFESSIONAL CORPORATION
/s/ Sidney J. Cohen

_____
Sidney J. Cohen
Attorney for Plaintiff Carolyn Martin

Date: July 24, 2009

HAIGHT BROWN & BONESTEEL LLP
/s/ Nairi Chakalian

_____
Nairi Chakalian Attorney for Defendant Robert Mascall And Susan Woodell Mascall, Trustees Of The Robert Mascall     Revocable Trust

Date: July 28, 2009

VALERIAN, PATTERSON & STRATMAN
/s/ Edward J. Rodzewich

_____
Edward J. Rodzewich, Attorney for Defendant Pasta Moon, Inc.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date:  8/4/09

_____
Claudia Wilken
United States District Judge

Stipulation And Order For Dismissal                -1-